**Order entered November 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01532-CR

### FELIX HERNANDEZ CISNEROS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-60536-U**

## ORDER

The Court **REINSTATES** the appeal.

On August 15, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel J. Daniel Oliphant; and (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload.

We note that appellant's brief was originally due May 22, 2013; on June 19, 2013, appellant's counsel was granted an extension until July 29, 2013 to file appellant's brief; and the appeal has been abated for two and one-half months awaiting findings on why appellant's brief

has not been filed.  Accordingly, we **DO NOT ADOPT** the finding that appellant requires an additional ninety from October 29, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **DECEMBER 6, 2013**.  No further extensions will be granted.  If appellant's brief is not filed by the date specified, the Court will order J. Daniel Oliphant removed as appellant's attorney and will order the trial court to appoint new counsel to represent appellant in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office.


/s/     DAVID EVANS
JUSTICE